PHILLIPS *v.* DuBIGNON *et al.*

SIMMONS, C. J. Under the peculiar facts of this case the judge did not abuse his discretion in modifying the injunction prayed for by the plaintiff, so as to give the defendants time to extend the sewer and abate the nuisance, instead of ordering that the sewer be closed at once, which would have probably caused the college to be closed on account of the health of the students.

*Judgment affirmed. All the Justices concur, except Candler, J., absent.*

Argued May 1,— Decided May 12, 1905.

Injunction. . Before Judge Lewis.    Baldwin superior court. February 2, 1905.

*Hines & Vinson,* for plaintiff.
*Allen & Pottle,* for defendants.